ACCEPTED
03-15-00510-CR
8351275
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/22/2015 4:43:37 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00510-CR

| | | | |
|---|---|---|---|
| **JOHNNIE LEE WILSON** | § | **IN THE** | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| | § | | |
| **VS.** | § | **3ʳᵈ COURT** | 12/22/2015 4:43:37 PM |
| | § | | JEFFREY D. KYLE<br>Clerk |
| **STATE OF TEXAS** | § | **OF APPEALS, Austin, Texas** | |

## MOTION FOR LEAVE TO FILE LATE BRIEF AND TO EXTEND TIME TO FILE APPELLANT'S BRIEF (Brief Submitted With Motion)

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes JOHNNIE LEE WILSON Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellant's Brief pursuant to Rule 38.6 (d) of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.    On December 22, 2015 this counsel filed Appellant's Motion to Extend Time to File Appellant's Brief.

2.    This case is on appeal from the 391ˢᵗ District Court of Tom Green County Texas.

3.    The case below was styled In the State vs. Johnnie Lee Wilson and numbered    Appellant was convicted on April 21, 2015 of Aggravated Assault and Sentenced to 25 years in the institutional

1

division of the Texas Department of Criminal Justice

5.   A motion for new trial was filed May 28, 2015. Notice of appeal was given on August 11, 2015.

6.   The clerk's record was filed on August 27, 2015; the reporter's record was filed on August 8, 2015.

8.   Counsel is Appointed in this matter. This Counsel was not trial counsel in this matter and Counsel believes without additional time the Appellant will be denied effective assistance of counsel.

9.   Counsel therefore requests this court extend the time for filing said Brief to 60 days from the current due date of November 30, 2015.

10.   one previous Extension has been granted regarding this matter.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,
Nathan Butler Attorney at law
123 S. Washington
San Angelo, Texas 76901
Tel: (325) 653-2373
Fax: (325) 482-8064

By:*/s/* **Nathan Butler**
Nathan Butler
State Bar No. 24006935
Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that on, December 22, 2015, a true and correct copy of the above and foregoing document was served on the following by united states mail.

District Attorney
119TH District Court Tom Green County
124 W. Beauregard
San Angelo, Texas 76903

/s/Nathan Butler
Nathan Butler

STATE OF TEXAS                    §
                                  §
COUNTY OF Tom Green               §

3

# AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

Nathan Butler, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and

entitled cause. I have read the foregoing Appellant's Motion To

Extend Time to File Appellant's Brief and swear that all of the

allegations of fact contained therein are true and correct."

Nathan Butler
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on December 22, 2015, to

certify which witness my hand and seal of office.

Notary Public, State of Texas

MELVA LANITA BUTLER
Notary Public, State of Texas
My Commission Expires
September 17, 2018